JUDGE DOW JR.  
MAGISTRATE JUDGE DENLOW  
FILED: APRIL 24, 2008  
08CV2332  
AEE  
Case 1:08-cv-02332   Document 2   Filed 04/24/2008   Page 1 of 1

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Karim Khaled

**DEFENDANTS**
H & M International Transport

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Council on American - Islamic Relations, 28 E. Jackson Blvd, Suite 1410, Chicago, IL 60064, 312.212.1520

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)
- Citizen of This State: PTF [X] 1, DEF 1
- Incorporated or Principal Place of Business In This State: PTF 4, DEF [X] 4

## IV. NATURE OF SUIT
CIVIL RIGHTS: [X] 442 Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Discrimination in Employment 42 U.S.C. § 1981 and 42 U.S.C. § 2000seq.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge

DATE: April 23, 2008
SIGNATURE OF ATTORNEY OF RECORD: s/ Patricia Kemling