## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Khaled Karim, Plaintiff | 08-cv-5341 |
| v. | |
| H&M International Transportation, Inc., Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
H&M International Transportation, Inc.,

| |
|---|
| **NAME** (Type or print) <br> Dana S. Connell |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Dana S. Connell |
| **FIRM** <br> Littler Mendelson P.C. |
| **STREET ADDRESS** <br> 200 N. LaSalle Street #2900 |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06183652 | TELEPHONE NUMBER <br> 312-372-5520 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com