**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **KHALED KARIM,** | |
| Plaintiff, | No.  08-CV-2332 |
| v. | Judge Robert M. Dow, Jr. |
| **H & M INTERNATIONAL TRANSPORTATION, INC.,** | |
| Defendant. | |

**JOINT INITIAL STATUS REPORT**

Pursuant to the standing orders of the Honorable Judge Dow, Jr. and this Court's order of April 24, 2008, Plaintiff, Khaled Karim, ("Plaintiff"), and Defendant, H & M International Transportation, Inc., ("H & M" or the "Defendant"), (collectively the "Parties"), by and through their attorneys, hereby file their Joint Initial Status Report:

1.    Attorneys of Record for Each Party

   *Attorney For Plaintiff Karim Khaled*
   Patricia Kemling
   Council on American-Islamic Relations
   28 E. Jackson, Suite 1410
   Chicago, IL  60604
   312.212.1520

   *Attorneys For Defendant H & M International Transportation, Inc.*
   Dana S. Connell
   Paul J. Krause
   Little Mendelson, P.C.
   200 N. LaSalle Suite 2900
   Chicago, IL 60601
   312.372.5520

2.    Basis of Federal Jurisdiction:

   Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq*.

3.      Statement of the Nature of the Case:

Plaintiff seeks redress from Defendant for alleged religious and national origin discrimination, harassment, and retaliation.

4.      The Principal Legal Issue

Whether Plaintiff has any actionable claims for discrimination, harassment, or retaliation.

5.      The Principal Factual Issues

- Whether Plaintiff's termination from his employment with the Company was because of religious or national origin discrimination;

- Whether Plaintiff was subjected to severe or pervasive harassment during his employment; and

- Whether Plaintiff complained to the Company about any alleged discrimination or harassment.

6.      Whether a Jury Trial has been demanded by either Party

Yes.

7.      A Brief Description of the Anticipated Discovery and Suggested Dates for Discovery Deadlines

a.  Discovery will be needed on Plaintiff's allegation of religious and national origin discrimination, harassment, and retaliation.

b.  All disclosures required by Rule 26(a)(1) should be made on or before July 2, 2008.

c.  Plaintiff should be allowed until August 1, 2008 to join additional parties and until August 1, 2008 to amend the pleadings.

d.  The cut off for fact discovery should be November 14, 2008.

-2-

8.      <u>Earliest Date for Trial</u>

The earliest date the Parties anticipate being ready for trial is May 4, 2009.

9.      <u>Status of Settlement</u>

At this time no settlement demands have been made.  Settlement cannot be evaluated prior to

completion of Plaintiff's deposition.


Plaintiff, Khaled Karim,


By: <u>/s/ Patricia Kemling</u>
                Attorney for Plaintiff

Patricia Kemling
Council on American-Islamic Relations
28 E. Jackson, Suite 1410
Chicago, IL  60604
(312) 212-1520


Defendant, H & M International Transportation, Inc.,


By:<u>    /s/ Paul J. Krause</u>
                Attorney for Defendant

Dana S. Connell (#06183652)
Paul J. Krause (#6283298)
LITTLER MENDELSON, P.C.
200 North LaSalle Street, Suite 2900
Chicago, Illinois 60601
(312) 372-5520


Dated: June 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing **Joint Initial Status Report** with the Clerk of the Court using the ECF system.  The following ECF participant will receive electronic notice of said filing:

Patricia Ann Kemling
patricia.kemling@gmail.com

<u>  /s/ Paul J. Krause  </u>