UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Khaled Karim

                        Plaintiff,

v.                                          Case No.: 1:08–cv–02332
                                                   Honorable Robert M. Dow Jr.

H & M International Transportation

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/11/2008. All disclosures required by Rule 26(a)(l) should be made on or before 7/2/08. Plaintiff is allowed until 8/1/08 to join additional parties and until 8/1/08 to amend the pleadings. Fact discovery cutoff is 11/14/08. Status hearing set for 10/28/2008 at 09:00 AM.mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.