IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Khaled Karim,**<br><br>                         Plaintiff,<br><br>          v.<br><br>**H & M International Transportation, Inc.,**<br><br>                         Defendant. | **No: 08-CV-2332**<br><br>**Judge Robert M. Dow, Jr.** |

### MOTION TO DISMISS PLAINTIFF'S SECTION 1981 CLAIM

NOW COMES Defendant, H & M International Transportation, Inc., (hereinafter "H & M" or "Defendant"), by its attorneys, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Plaintiff's Section 1981 claim. In support of said Motion, Defendant states:

1.  Plaintiff Khaled Karim ("Plaintiff") has filed a Complaint seeking "redress for religio[us discrimination], national origin [discrimination], and harassment and retaliation" under Title VII of the Civil Rights Act of 1964, 42. U.S.C. § 2000e *et seq*. ("Title VII") and 42 U.S.C. § 1981 ("Section 1981").

2.  Despite citing both Title VII and Section 1981 in the first paragraph of his Complaint, Plaintiff's Complaint fails to actually allege a count or prayer for relief under Section 1981.

3.  In addition, Section 1981 does not prohibit religious discrimination, national origin discrimination, or related harassment or retaliation claims. As such, Plaintiff's claims of religious and national origin discrimination, and underlying claims of harassment and retaliation, fail to state a cause of action under Section 1981.

      4.      Thus, Plaintiff has failed to state a claim under Section 1981 upon which relief can be granted. Failure to state a claim is grounds for dismissal under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      5.      Facts, arguments, and authority in support of H & M's instant Motion are set forth in H & M's Memorandum in Support of Its Motion to Dismiss Plaintiff's claim under Section 1981. The Memorandum, which is being filed simultaneously with this Motion, is incorporated herein by reference.

      WHEREFORE, Defendant H & M International Transportation, Inc., respectfully requests that this Court grant its Motion and that any claim Plaintiff purports to bring under Section 1981 against H & M be dismissed with prejudice.

                                              Respectfully Submitted,

                                              H & M International Transportation, Inc.

                                              By:   /s/Paul J. Krause
                                                     One of Its Attorneys

Dana S. Connell
Paul J. Krause
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520
Dated: June 24, 2008

## CERTIFICATE OF SERVICE

I, Paul J. Krause, an attorney, hereby certify that on June 24, 2008, a copy of ***Defendant's Motion to Dismiss Plaintiff's Section 1981 Claim*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Patricia Ann Kemling patricia.kemling@gmail.com
Council on American-Islamic Relations

                                                /s/Paul J. Krause
                                                Paul J. Krause