# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Khaled Karim,**

                Plaintiff,

    v.

**H & M International Transportation, Inc.,**

                Defendant.

**No: 08-CV-2332**

**Judge Robert M. Dow, Jr.**

## NOTICE OF MOTION

TO:    Patricia Ann Kemling
         Council on American-Islamic Relations
         28 E. Jackson Boulevard, Suite 1410
         Chicago, IL 60604

PLEASE TAKE NOTICE that on Tuesday, July 1, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert M. Dow, Jr., 219 S. Dearborn Street, Room 1919, Chicago, Illinois, and then and there present ***Defendant's Notice of Motion To Dismiss Plaintiff's Section 1981 Claim***, a copy of which is attached hereto and hereby served upon you.

                                    Respectfully Submitted,

                                    H & M International Transportation, Inc.

                                    By:   /s/Paul J. Krause
                                               One of Its Attorneys

Dana S. Connell
Paul J. Krause
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520
Dated: June 24, 2008

## CERTIFICATE OF SERVICE

I, Paul J. Krause, an attorney, hereby certify that on June 24, 2008, a copy of ***Defendant's Notice of Motion to Dismiss Plaintiff's Section 1981 Claim*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Patricia Ann Kemling patricia.kemling@gmail.com
Council on American-Islamic Relations

      /s/Paul J. Krause
Paul J. Krause

Firmwide:85644850.1 008561.1025