UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Khaled Karim
                              Plaintiff,

v.                                               Case No.: 1:08–cv–02332
                                                                 Honorable Robert M. Dow Jr.

H & M International Transportation
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant H & M International Transportation to dismiss SECTION 1981 CLAIM [11] is taken under advisement; response due by 7/22/08; reply due by 8/1/08; ruling will be by mail. Notice of Motion date of 7/1/08 is stricken and no appearance necessary.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.