IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Khaled Karim,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2332 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| **H & M International Transportation, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:　Dana S. Connell, Esquire
　　　Paul J. Krause, Esquire
　　　LITTLER MENDELSON, P.C.
　　　200 N. LaSalle Street, Suite 2900
　　　Chicago, IL 60601

　　　PLEASE TAKE NOTICE that on July 22, 2008, I caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Section 1981 Claim, a copy of which is hereby served on you.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　s/Kevin Vodak_____
　　　　　　　　　　　　　　　　　　　　　　Kevin Vodak
　　　　　　　　　　　　　　　　　　　　　　Council on American-Islamic Relations,
　　　　　　　　　　　　　　　　　　　　　　Chicago Chapter
　　　　　　　　　　　　　　　　　　　　　　(CAIR-Chicago)
　　　　　　　　　　　　　　　　　　　　　　28 East Jackson Boulevard
　　　　　　　　　　　　　　　　　　　　　　Suite 1410
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　　　312.212.1520

**CERTIFICATE OF SERVICE**

     I, Kevin Vodak, hereby certify that on or before 6:00 p.m., July 22, 2008, I served a copy of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Section 1981 Claim to all counsel on record pursuant to the Court's CM/ECF filing system.

                                            s/Kevin Vodak
                                            Kevin Vodak
                                            Council on American-Islamic Relations,
                                            Chicago Chapter
                                            (CAIR-Chicago)
                                            28 East Jackson Boulevard
                                            Suite 1410
                                            Chicago, Illinois 60604
                                            312.212.1520