IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Khaled Karim,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2332 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| **H & M International Transportation, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Dana S. Connell, Esquire
Paul J. Krause, Esquire
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601

PLEASE TAKE NOTICE that on Wednesday, July 30, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Dow in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in him place and stead, and then and there present PLAINTIFF'S MOTION TO AMEND COMPLAINT, which time and place you may appear, if you see fit.

Respectfully submitted,

s/Kevin Vodak
Kevin Vodak
Council on American-Islamic Relations,
Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
312.212.1520

## CERTIFICATE OF SERVICE

    I, Kevin Vodak, hereby certify that on or before 6:00 p.m., July 22, 2008, I served a copy of Plaintiff's Motion to Amend Complaint to all counsel on record pursuant to the Court's CM/ECF filing system.

                                                  s/Kevin Vodak  
                                                  Kevin Vodak  
                                                  Council on American-Islamic Relations,  
                                                  Chicago Chapter  
                                                  (CAIR-Chicago)  
                                                  28 East Jackson Boulevard  
                                                  Suite 1410  
                                                  Chicago, Illinois 60604  
                                                  312.212.1520