UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Khaled Karim
                                       Plaintiff,

v.                                                                 Case No.: 1:08–cv–02332
                                                                                  Honorable Robert M. Dow Jr.

H & M International Transportation
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiff Khaled Karim to amend Complaint[19] is granted. Plaintiff is given to and including 8/6/08 to file Amended Complaint. MOTION by Defendant H & M International Transportation to dismiss SECTION 1981 CLAIM[11] is denied without prejudice.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.