**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Khaled Karim, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2332 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| H & M International Transportation, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**NOTICE OF FILING**</u>

TO:    Dana S. Connell, Esquire
       Paul J. Krause, Esquire
       LITTLER MENDELSON, P.C.
       200 N. LaSalle Street, Suite 2900
       Chicago, IL 60601

       PLEASE TAKE NOTICE that on August 6, 2008, I caused to be filed with the Clerk of
the U.S. District Court for the Northern District of Illinois, Eastern Division, First Amended
Complaint, a copy of which is hereby served on you.

                                  Respectfully submitted,


                                  /s/Kevin Vodak
                                  Kevin Vodak
                                  Council on American-Islamic Relations,
                                  Chicago Chapter
                                  (CAIR-Chicago)
                                  28 East Jackson Boulevard
                                  Suite 1410
                                  Chicago, Illinois 60604
                                  312.212.1520

<u>**CERTIFICATE OF SERVICE**</u>

      I, Kevin Vodak, hereby certify that on or before 5:00 p.m., August 6, 2008, I served a copy of First Amended Complaint to all counsel on record pursuant to the Court's CM/ECF filing system.

                                    /s/Kevin Vodak_____
                                    Kevin Vodak
                                    Council on American-Islamic Relations,
                                    Chicago Chapter
                                    (CAIR-Chicago)
                                    28 East Jackson Boulevard
                                    Suite 1410
                                    Chicago, Illinois 60604
                                    312.212.1520