IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHALED KARIM,** <br><br> Plaintiff, <br><br> v. <br><br> **H & M INTERNATIONAL TRANSPORTATION, INC.,** <br><br> Defendant. | No. 08 C 2332 |

## NOTICE OF MOTION

TO: Ms. Patricia Ann Kemling
Mr. Kevin R. Vodak
Counsel on American-Islamic Relations
28 E. Jackson Boulevard, Suite 1410
Chicago, IL 60604

PLEASE TAKE NOTICE that on Wednesday, August 27, 2008, at 9:15 a.m., the undersigned shall appear before the Honorable Robert M. Dow, Jr., U.S. District Court, 219 S. Dearborn Street, Room 1919, Chicago, Illinois, and present **Defendant's Agreed Motion For Leave To File Its Answer and Affirmative Defenses to Plaintiff's First Amended Complaint,** *Instanter*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

H&M INTERNATIONAL TRANSPORTATION, INC.

By:/s/Paul J. Krause
One of Its Attorneys

Dana S. Connell (#06183652)
Paul J. Krause (#6283298)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: August 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court, Northern District of Illinois, using the ECF system which will send notification of such filing to the following ECF Participants:

>Patricia Ann Kemling
>patricia.kemling@gmail.com
>
>Kevin R. Vodak
>attorney@cairchicago.org

>/s/Paul J. Krause
>Paul J. Krause