UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Khaled Karim
                                            Plaintiff,
v.                                          Case No.: 1:08−cv−02332
                                            Honorable Robert M. Dow Jr.
H & M International Transportation, Inc., et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant H & M International Transportation, Inc. for leave to file AGREED, MOTION by Defendant H & M International Transportation, Inc. to file [24] instanter DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT is granted. Notice of Motion date of 8/27/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.